UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
*[FILED ELECTRONICALLY]*

**LLOYD FIELDS,**

        **Plaintiff,**                Case No.: 1:23-CV-0015-GNS

v.

**JERE DE HOPSON,** *individually and in his official capacity as Simpson County Sheriff*, **and STEPHEN BURKE,** *individually and in his official capacity as Simpson County Deputy Sheriff*,

        **Defendants.**

---

### AGREED ORDER OF DISMISSAL

---

    The parties, being in agreement, as evidenced by the signatures of their counsel below, and having advised the Court that all of the claims Plaintiff asserted in this action, or which could have been asserted against Defendants, Jere De Hopson, individually and in his official capacity as Simpson County Sheriff, and Stephen Burke, individually and in his official capacity as Simpson County Deputy Sheriff, have been settled, and that the settlement has been satisfied in full, and the Court being otherwise sufficiently advised,

    IT IS HEREBY ORDERED AND ADJUDGED that this action is hereby dismissed, as settled, with prejudice, with each of the parties to bear their own Court costs and attorneys' fees. There being no just cause for delay, this is a final and appealable order.

    So, Ordered this: July 9, 2025

*[Signature]*
Greg N. Stivers, Chief Judge
United States District Court

1

**AGREED TO:**

*/s/ Brennan J. Soergel (with permission)*
Brennan J. Soergel
BOLUS LAW OFFICES
600 West Main Street, Suite 500
Louisville, Kentucky 40202
brennan@boluslaw.com
COUNSEL FOR PLAINTIFF

*/s/ L. Scott Miller*
L. Scott Miller
L.S. MILLER LAW, PLLC
333 West Vine Street, Suite 1720
Lexington, KY 40507
lsmiller@lsmlaw.com
COUNSEL FOR DEFENDANTS